IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HJ HOME INVESTMENTS, LLC,

    Plaintiff,

  v.

GRACIELA OLASCOAGA-DECAMPOS,

    Defendant.
_____/

No. CV 12-02229 RS

**ADMINISTRATIVE ORDER**

Defendant Graciela Olascoaga-Decampos removed this action from Contra Costa Superior Court, and paid the full filing fee of $350 to do so. Thereafter, she requested, and the Court granted, her request to proceed *in forma pauperis*. (Dkt No. 10). The Finance Department of the Clerk's Office is therefore ordered to refund the full filing fee amount to her.

IT IS SO ORDERED.

Dated: 6/6/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE